IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIKANDER AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>HIGHWAY FREIGHT SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 13-3250 |

## ORDER

**AND NOW**, this 18th day of November, 2014, after review of Defendant's Motion for Summary Judgment (Docket No. 29) and Memorandum in support and all exhibits, as well as Plaintiff's response and all other documents provided by Plaintiff, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and this matter is **DISMISSED** with prejudice.

                                    BY THE COURT:


                                    **/s/ Jeffrey L. Schmehl**
                                    **Jeffrey L. Schmehl, J.**